**STATE of Missouri, Respondent,**

v.

**William M. DONNELLY, Appellant.**

**No. WD 64512.**

Missouri Court of Appeals,
Western District.

Nov. 1, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 20, 2005.

Application for Transfer Denied
Jan. 31, 2006.

---

Kimberly A. Gale, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Shaun Mackelprang and Daniel McPherson, Office of Attorney General, Jefferson City, for respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

William M. Donnelly appeals the circuit court's judgment convicting him of two counts of statutory sodomy in the first degree. We affirm. Rule 30.25(b).